UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Joshua D. Webb<br>Debtor | Bankruptcy Case No:15-31616-svk<br>Chapter 7<br>Honorable Susan V. Kelley |
| Joshua D. Webb,<br>Plaintiff | |
| vs. | Adversary Case No: 16-02015-svk |
| National Collegiate Student Loan Trust 2004-1, NCO Financial Services/Transworld Systems, and Kohn Law Firm,<br>Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendant National Collegiate Student Loan Trust 2004-1, herein by and through their attorneys that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action against Defendant National Collegiate Student Loan Trust 2004-1 shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: May 26, 2016

/s/ *Laurie A. Bigsby*
Laurie A. Bigsby, Esq.
Horizons Law Group, LLC
611 N. Barker Road, Suite 209
Brookfield, WI 53045
Tel: (262) 432-3600
Fax: (262) 432-3605
E-mail: lbigsby@horizonslaw.com
*Attorney for Plaintiff,*
*Joshua D. Webb*

/s/ Morgan I. Marcus
Morgan I. Marcus, Esq.
Sessions Fishman Nathan & Israel LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603-3651
Tel:  (312) 578-0990
Fax:  (312) 578-0991
E-mail:  mmarcus@sessions.legal
*Attorneys for Defendant,*
*National Collegiate Student Loan Trust 2004-1*